Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. D'Marco Shane Buckney

Docket No. 0:00CR00096-001(ADM)

# HEARING WAIVER

I, D'Marco Shane Buckney, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate in a program for drug abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

Signed: D'Marco Buckney

D'Marco Shane Buckney
Supervised Releasee

Dated: 5-26-05

Witness: Lester Harris

Lester T. Harris
U.S. Probation Officer

SCANNED
JUN - 1 2005
U.S. DISTRICT COURT MPLS