PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. D'Marco Shane Buckney**

**Docket No. 0:00CR00096-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Lester T. Harris**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **D'Marco Shane Buckney** who was sentenced for Conspriacy to Possess with Intent to Distribute Cocaine on November 3, 2000, by the Honorable Ann D. Montgomery, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug aftercare (modified on May 31, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

Mr. Buckney failed to submit to unscheduled drug tests on July 5 and 23, 2005.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 25 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 16th day of August, 2005, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Ann D. Montgomery
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Lester T. Harris
U.S. Probation Officer

Executed on August 15, 2005
Place Minneapolis

SCANNED
AUG 16 2005
U.S. DISTRICT COURT MPLS