Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. D'Marco Shane Buckney

Docket No. 0:00CR00096-001

**HEARING WAIVER**

I, D'Marco Shane Buckney, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed ✍ of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following:

The defendant shall perform 25 hours of community service, as approved by the probation officer.

Signed:

D'Marco Buckney

D'Marco Shane Buckney

Witness:

Lester Harris

Lester T. Harris
U.S. Probation Officer

Dated: 8-1-05

SCANNED
AUG 16 2005
U.S. DISTRICT COURT MPLS