PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

RECEIVED

AUG 3 2006

CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

**for the**

**DISTRICT OF MINNESOTA**

**United States v. D'Marco Shane Buckney**

**Docket No. 0:00CR00096-001(ADM)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **D'Marco Shane Buckney** who was sentenced for Conspiracy to Possess with Intent to Distribute Cocaine on November 3, 2000, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No firearms or dangerous weapons and mandatory drug testing
- Drug aftercare (modified on May 31, 2005)
- 25 hours of community service (modified on August 16, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On July 18, 2006, Mr. Buckney had a positive drug test for opiates. He admitted ingesting a Tylenol #3 from his girlfriend while suffering from a toothache.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following:

The defendant shall perform 24 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 3rd day of August, 2006, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
U.S. Probation Officer

Executed on August 1, 2006
Place Minneapolis

SCANNED
AUG 03 2006
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission