Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. D'Marco Shane Buckney

Docket No. 0:00CR00096-001

**HEARING WAIVER**

I, D'Marco Shane Buckney, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following:

> The defendant shall perform 24 hours of community service, as approved by the probation officer.

Signed: D'Marco Buckney
D'Marco Shane Buckney

Witness:
David J. Schwab
U.S. Probation Officer

Dated: 7-28-06

SCANNED
AUG 03 2006
U.S. DISTRICT COURT MPLS