PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
AUG 06 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. D'Marco Shane Buckney**

**Docket No. 0:00CR00096-001(ADM)**

**Petition on Supervised Release**

COMES NOW **JOHN P. RAYMAN**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **D'Marco Shane Buckney** who was sentenced for Conspiracy to Possess with Intent to Distribute Cocaine on November 3, 2000, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No firearms or dangerous weapons and mandatory drug testing.
- Drug aftercare (modified on May 31, 2005).
- 25 hours of community service (modified on August 16, 2005).
- 24 hours of community service (modified on August 2, 2007).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On July 18, 2007, Minneapolis police responded to a report of domestic violence in which the defendant's girlfriend alleged the defendant had choked her.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

The defendant shall perform 32 hours of community service, as approved by the probation officer.

SCANNED
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 6th day of August, 2007, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John P. Rayman
Senior U.S. Probation Officer
Telephone: 612-664-5367

Executed on August 3, 2007
Place Minneapolis

Approved:

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission