RECEIVED
AUG 06 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Prob 49

FILED BY CLERK OF COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. D'Marco Shane Buckney

Docket No. 0:00CR00096-001

# HEARING WAIVER

I, D'Marco Shane Buckney, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

The defendant shall perform 32 hours of community service, as approved by the probation officer.

Signed: D'Marco Buckney
D'Marco Shane Buckney

Witness: [signature]
John Rayman, Senior U.S. Probation Officer

Dated: 8-2-07

SCANNED
AUG 07 2007 KNK
U.S. DISTRICT COURT MPLS